# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARK TOMEI,** as Personal Representative of the **ESTATE OF MARIE TOMEI,**
Appellant,

v.

**THOMAS TOMEI,**
Appellee.

No. 4D20-2660

[October 7, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 502017CP0001627XXXXSB.

James G. Pressly, Jr. of Pressly, Pressly, Randolph & Pressly, P.A., Palm Beach, for appellant.

Robert A. Wight of Mettler Randolph Massey Ferguson Carroll & Sterlacci, P.L., Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY, and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***